# United States District Court
## Violation Notice
(Rev. 1/2019)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WWB | 09904514 | Taylor | T2568 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense: 02/22/2021 1420
Offense Charged: ☐ CFR ☐ USC ☒ State Code
RCW: 46.61.581

Place of Offense: 9057 Gardener Loop Rd (parking lot)

Offense Description: Factual Basis for Charge: Special parking privileges disabled

### DEFENDANT INFORMATION
Last Name: Smith
First Name: Ruben
MI: P

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| BVA2273 | WA | 18 | Chevy/Malibu | | Silver |

APPEARANCE IS REQUIRED
A ☐ If Box A is checked, you must appear in court. See instructions.

APPEARANCE IS OPTIONAL
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 50 Forfeiture Amount
+ $30 Processing Fee
$ 80 Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature
Original - CVB Copy

*09904514*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 22 Feb, 20 21 while exercising my duties as a law enforcement officer in the Western District of Washington

See attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/22/2021   [Officer's Signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____ Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident. PASS = 9 or more passenger vehicle;
CDL = Commercial driver's license.  CMV = Commercial vehicle involved in incident.